IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG RATNER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-5179** |
| | : | |
| **METROPOLITAN LIFE INSURANCE COMPANY** | : | |
| | : | |

# ORDER

AND NOW, this 8th day of March 2023, upon considering the parties reporting they have resolved the above-captioned matter, it is **ORDERED**:

1. The action is **DISMISSED** with prejudice pursuant to Local Rule 41.1(b);

2. We **cancel** the April 7, 2023 Initial Pretrial Videoconference; and,

3. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**